

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-26-00079-CV

———————————————————

IN THE INTEREST OF E.D., A CHILD

On Appeal from the 442nd District Court
Denton County, Texas
Trial Court No. 20-10169-442

Before Birdwell, Bassel, Womack, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

Appellant Father,[1] proceeding pro se, attempts to bring a restricted appeal of the trial court's "Order of Dismissal for Want of Prosecution." *See* Tex. R. App. P. 30. The trial court signed its order on March 4, 2025, so Father's notice of appeal was due September 4, 2025. *See* Tex. R. App. P. 26.1(c) ("[I]n a restricted appeal, the notice of appeal must be filed within six months after the judgment or order is signed."). However, Father did not file his notice of appeal until February 5, 2026, making it untimely. *See id.*

To sustain a restricted appeal, the filing party must show, among other things, that he filed his notice of appeal within six months after the judgment was signed. *See Ex parte E.H.*, 602 S.W.3d 486, 495 (Tex. 2020). This requirement is jurisdictional in this court. *Id.* at 497. Because Father did not file his notice of appeal within six months after the trial court's order was signed, we do not have jurisdiction over his restricted appeal. *See id.*; *Lab'y Corp. of Am. v. Mid-Town Surgical Ctr., Inc.*, 16 S.W.3d 527, 529 (Tex. App.—Dallas 2000, no pet.) (holding that court lacked jurisdiction over restricted appeal because appellant did not file notice of appeal within six months after judgment was signed).

We notified Father of our concern that we do not have jurisdiction over his restricted appeal and warned him that we could dismiss the appeal for want of

---

[1]In termination-of-parental-rights cases, we use aliases for the names of the children and their parents. *See* Tex. Fam. Code Ann. § 109.002(d); Tex. R. App. P. 9.8(b)(2).

jurisdiction if he did not file a response showing grounds for continuing it. *See* Tex. R. App. P. 42.3(a), 44.3. Father filed a response, but it does not show grounds for continuing the appeal. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f); *Lab'y Corp. of Am.*, 16 S.W.3d at 529.

Per Curiam

Delivered: March 19, 2026